AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Chad Johnson

V.

ARS National Services, Inc., Jennifer Doe,
Robert Doe, Barbara Doe and Stacy Doe

**JUDGMENT IN A CIVIL CASE**

Case Number:  08cv4765 DWF/JJG

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The complaint against the Defendants, shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorney fees to any party.

|  |  |
|---|---|
| January 15, 2009 | RICHARD D. SLETTEN, CLERK |
| Date |  |
|  | s/V. Moralez |
|  | (By)          V. Moralez,   Deputy Clerk |

Form Modified:  09/16/04